# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. MOORE,<br><br>                              Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE<br>DEPARTMENT, et al.,<br><br>                              Defendants. | Case No. 2:17-cv-02022-RFB-NJK<br><br>**ORDER** |

This matter is before the court on Plaintiff Michael T. Moore's Application to Proceed *In Forma Pauperis*. Docket No.1. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* In response to question 3, Plaintiff submits that all costs of living are paid by relatives. Plaintiff fails to, as the form requires, describe each source of money and the amount received from each source, as well as what he expects to receive in the future. Docket No. 1 at 1. Additionally, Plaintiff has not fully answered question 7. Though he submits that he supports a minor son, he fails to state how much he contributes to the support of the child. *Id*. at 2. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis,* Docket No. 1, is **DENIED** without prejudice. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **November 13, 2017,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 11th day of October, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE