UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. MOORE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No.: 2:17-cv-2022-RFB-NJK<br><br>**Report and Recommendation** |

On February 27, 2018, the Court granted Plaintiff's application to proceed *in forma pauperis*, and screened his complaint pursuant to 28 U.S.C. § 1015. Docket No. 7. The Court identified deficiencies in Plaintiff's complaint, and therefore dismissed his complaint with leave to amend to provide him an opportunity to cure those defects. *Id.* On March 29, 2018, Plaintiff filed his amended complaint. Docket No. 9. The Court again identified deficiencies in Plaintiff's amended complaint and dismissed it with leave to amend. Docket No. 10. The Court gave Plaintiff until June 5, 2018, to file a second amended complaint. *Id* at 3.

On June 5 and June 6, 2018, Plaintiff filed a motion to recuse the undersigned magistrate judge (Docket No. 11),[1] a motion to clarify (Docket No. 12), a motion to enforce Plaintiff's right to work claim (Docket No. 13), a motion to set a hearing (Docket No. 14), and a motion to re-

---

[1] The Court issued an order denying Plaintiff's motion to recuse on June 13, 2018. Docket No. 16.

1

declare a list of defendants (Docket No. 15).  Even construing all of Plaintiff's motions liberally,[2] none of these motions cures the deficiencies identified by the Court in its previous orders, let alone suffices as a second amended complaint.  *See generally* Docket Nos. 11-15.

Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[2] *Hebbe v. Pliler*, 627 F.3d 338, 342 & n.7 (9th Cir. 2010) (finding that documents filed by *pro se* parties must be liberally construed).